IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| BOBBY EUGENE KENNEDY )<br>and PATRICIA HAGEN, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE HON COMPANY and )<br>CORPORATE EXPRESS OFFICE )<br>PRODUCTS, INC., )<br>)<br>Defendants. ) | Case No. 09-6033-CV-SJ-ODS |

## ORDER AND OPINION DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant's Motion for Summary Judgment (Doc. # 51) is denied because there are factual disputes that require resolution by a jury.

IT IS SO ORDERED.

DATE: February 25, 2010

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT